UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TIMOTHY A. ROBINSON,

    Petitioner,

v.                         CASE NO. 3:15cv496/MCR/EMT

JULIE JONES,

    Respondent.
_____/

**O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated December 16, 2016. ECF No. 22. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.	The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.	Respondent's motion to dismiss, ECF No. 15, is **GRANTED**.

3.	The habeas petition, ECF No. 1, is **DISMISSED** with prejudice as untimely.

4.	A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 13th day of March, 2017.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**